# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (GREENBELT DIVISION)

| | |
|---|---|
| **ARTEZ RASHAD WOMACK** | |
| Plaintiff, | Case No. JAH |
| v. | |
| **CARRIE M. WARD, et al.** | |
| Defendants. | DKC 17 CV3634 |

### DEFENDANT BWW LAW GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Defendant BWW Law Group, LLC, by counsel, submits the following corporate disclosure statement:

No corporation, unincorporated association, partnership, parents, trusts, subsidiaries, or other business entity, which is not either: (1) a party to this lawsuit, or (2) a wholly owned subsidiary of the BWW Law Group, LLC formerly known as Bierman, Geesing, and Ward, LLC is known to have a financial interest in the outcome of this litigation. BWW Law Group, LLC is a law firm and limited liability company with an office in Rockville, Maryland. BWW Law Group, LLC has not issued shares or debt securities to the public.

Respectfully submitted,

/s/ David Solan, Esq.
David Solan, Esq. (Bar #: 29820)
BWW Law Group, LLC
6003 Executive Blvd., Ste. 101
Rockville, MD 20852
301-961-6555, ext. 3739
301-961-6545 FAX
david.solan@bww-law.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2017, a copy of the foregoing DEFENDANT BWW LAW GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT and any attachments thereto was filed electronically with the U.S. District Court and, pursuant to L.R. 102.1.c., the Court's notice of electronic filing constitutes a certificate of service on all other counsel in the action. Additionally, service was made on the following via first-class mail, postage prepaid:

Artez Rashad Womack
5055 Ottawa Park Place
Waldorf, MD 20602

/s/ David Solan, Esq.
Federal Bar ID: 29820

2