BWW # MD-204035-2

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (GREENBELT DIVISION)

ARTEZ RASHAD WOMACK

    Plaintiff,

v.

CARRIE M. WARD, et al.

    Defendants.

Case No. JAH

DKC 17 CV 3634

## DEFENDANT FREEDOM MORTGAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Defendant Freedom Mortgage Corporation ("Freedom"), by counsel, submits the following corporate disclosure statement:

Freedom is a New Jersey corporation with its principal place of business in Mount Laurel, New Jersey. Freedom does not have any parent corporations and is not a publicly-held company. Freedom hereby discloses the following affiliates and subsidiaries:

| | |
|---|---|
| Freedom Loan Services Corporation | Wholly Owned Subsidiary of Freedom |
| Freedom Small Business Lending BIDCO, Inc. | Wholly Owned Subsidiary of Freedom |
| FCRE REL, LLC | Wholly Owned Subsidiary of Freedom |
| East Coast Abstract | Affiliate of Freedom |
| Madison Credit Management Services, LLC | Affiliate of Freedom |

Freedom is not aware of any other party with a financial interest in the outcome of this litigation.

    Respectfully submitted,

    /s/ David Solan, Esq.
    David Solan, Esq. (Bar #: 29820)
    BWW Law Group, LLC
    6003 Executive Blvd., Ste. 101

1

Rockville, MD 20852
301-961-6555, ext. 3739
301-961-6545 FAX
david.solan@bww-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2017, a copy of the foregoing DEFENDANT FREEDOM MORTGAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT and any attachments thereto was filed electronically with the U.S. District Court and, pursuant to L.R. 102.1.c., the Court's notice of electronic filing constitutes a certificate of service on all other counsel in the action. Additionally, service was made on the following via first-class mail, postage prepaid:

Artez Rashad Womack
5055 Ottawa Park Place
Waldorf, MD 20602

/s/ David Solan, Esq.
Federal Bar ID: 29820

2